No error.

---

IN THE MATTER OF TIMOTHY LEON BARBER

No. 7521DC167

(Filed 4 June 1975)

APPEAL by respondent from *Alexander, Judge.* Judgment entered 19 December 1974 in District Court, FORSYTH County. Heard in the Court of Appeals 6 May 1975.

In re Barber

*Attorney General Edmisten by Assistant Attorney General Myron C. Banks for the State.*

*Samuel J. Villegas for respondent appellant.*

BRITT, PARKER, and HEDRICK, Judges.

No error.